

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re commitment of Antonio Rios,  * From the 385th District Court
of Midland County,
Trial Court No. CV59426.

No. 11-24-00098-CV  * August 21, 2025

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.